UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA GUERRA, )<br>)<br>Plaintiff, )<br>) Case No. 7:23-cv-09884-KMK<br>vs. )<br>) Honorable Judge Kenneth M. Karas<br>SANOFI U.S. SERVICES INC., et al., )<br>)<br>Defendants. ) | |

**NOTICE OF PENDING SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

Plaintiff Linda Guerra and Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC (collectively, "the Parties"), hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement, which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including May 24, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: November 28, 2023

Respectfully submitted,

*/s/ Matthew E. DePaz*
Matthew E. DePaz
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: 816.474.6550
F: 816.421.5547
Email: mdepz@shb.com

*Counsel for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC*

So Ordered.

12/1/23

1